**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA DIVISION**

| | | |
|---|---|---|
| **UNITED STATE OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **V.** | ) | **INDICTMENT NO. CR119-018** |
| | ) | |
| | ) | |
| **HAROLD THOMPSON** | ) | |

### ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States Attorney for the Southern District of Georgia hereby dismisses without prejudice the above-referenced Indictment filed against the defendant.

*/s/ Brian T. Rafferty*
Brian T. Rafferty
Assistant United States Attorney
Criminal Division Chief

Patricia G. Rhodes
Branch Office Chief
Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

This _____ day of May, 2019.

_____
RANDAL J. HALL
UNITED STATES DISTRICT COURT
CHIEF JUDGE
SOUTHERN DISTRICT OF GEORGIA